RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
ARDELL JOHNSON, Chief Deputy City Attorney (95340)
SHANNON SMYTH-MENDOZA, Sr. Deputy City Attorney (188509)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants

THE SEHAT LAW FIRM, PLC
Cameron Sehat, Esq. (SBN 256535)
18881 Von Karman Ave., Ste. 850
Irvine, California 92612
Telephone Number: (949) 825-5200
Facsimile Number: (949) 313-5001
E-Mail Address: cameron@sehatlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEE DARNELL WATSON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, a government entity; MATTHEW BRACKETT, individually; RYAN HANSEN, individually; RONALD HUGHES; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case Number:  15-cv-04054-NC<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING OUTCOME OF CRIMINAL MATTER** ; AS MODIFIED |

**THE PARTIES BY AND THROUGH THEIR RESPECTIVE COUNSEL HEREBY STIPULATE AS FOLLOWS:**

1.　　Plaintiff's Complaint alleges several causes of action arising from an incident occurring on or about October 1, 2014 in San Jose, California.  Plaintiff alleges the

Defendants used excessive force when taking him into custody.  Plaintiff is currently facing criminal charges arising from this incident.

2. Based on the grounds that the pending State criminal charges resulting from the arrest of Lee Darnell Watson are inextricably related to the causes of action in this civil action, the lack of prejudice and reduced burden to the parties, and in the interests of judicial economy and the public, the parties stipulate that the entire civil action be stayed for 90 days. See *Keating v. Office of Thrift Supervision*, 45 F.3d 322, 324-25 (9th Cir. 1995); see also *Federal Sav. & Loan Ins. Corp. v. Molinaro,* 889 F.2d 899, 902 (9th Cir.1989). Specifically, the parties request that the court stay the entire civil action for a 90-day period subject to an extension that will be based on information provided by Santa Clara County District Attorney's Office or Plaintiff's counsel in the criminal matter.

The parties ask the court stay the proceedings for 90 days as Plaintiff's state court criminal case is expected to resolve following the time not waived jury trial set for March 20, 2016.  It is anticipated that some form of resolution will occur no later than by April 29, 2016.

Respectfully submitted,

Dated:  February 17, 2016		RICHARD DOYLE, City Attorney

By:  /s/ Shannon Smyth-Mendoza
	SHANNON SMYTH-MENDOZA
	Sr. Deputy City Attorney

Attorneys for Defendants

Dated:  February 17, 2016		THE SEHAT LAW FIRM, PLC

By:  /s/ Cameron Sehat
	CAMERON SEHAT
Attorney for Plaintiff

1    I attest that Plaintiffs' counsel has read and approved this document, and given
2    consent to the filing of the same with the Court.

3                                             Respectfully submitted,

4    Dated: February 17, 2016                 RICHARD DOYLE, City Attorney

5                                             By: /s/ Shannon Smyth-Mendoza
6                                                  SHANNON SMYTH-MENDOZA
                                                   Sr. Deputy City Attorney
7                                             Attorneys for Defendants

### ORDER

Good cause appearing the Court orders the entire civil action is stayed ~~for a 90-day~~ until May 20 or further court order. Joint status report due May 20, 2016. Deadline for ENE is extended 150 days. ~~period subject to an extension that will be based on information provided by law enforcement or Plaintiff's counsel in the criminal matter. The parties are ordered to return to Court on _____ at _____ a.m./p.m.~~

Dated: February 17, 2016              _____
                                       HON. NATHANAEL M. COUSINS
                                       UNITED STATES DISTRICT COURT

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins