RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
ARDELL JOHNSON, Chief Deputy City Attorney (95340)
SHANNON SMYTH-MENDOZA, Sr. Deputy City Attorney (188509)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants

THE SEHAT LAW FIRM, PLC
Cameron Sehat, Esq. (SBN 256535)
18881 Von Karman Ave., Ste. 850
Irvine, California 92612
Telephone Number: (949) 825-5200
Facsimile Number: (949) 313-5001
E-Mail Address: cameron@sehatlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEE DARNELL WATSON,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, a government entity; MATTHEW BRACKETT, individually; RYAN HANSEN, individually; RONALD HUGHES; and DOES 1-10, inclusive,<br><br>  Defendants. | Case Number:  15-cv-04054-NC<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING OUTCOME OF CRIMINAL MATTER** |

**THE PARTIES BY AND THROUGH THEIR RESPECTIVE COUNSEL HEREBY STIPULATE AS FOLLOWS:**

1.  Plaintiff's Complaint alleges several causes of action arising from an incident occurring on or about October 1, 2014 in San Jose, California.  Plaintiff alleges the

Defendants used excessive force when taking him into custody.  Plaintiff is currently facing criminal charges arising from this incident.

2. Based on the grounds that the pending State criminal charges resulting from the arrest of Lee Darnell Watson are inextricably related to the causes of action in this civil action, the lack of prejudice and reduced burden to the parties, and in the interests of judicial economy and the public, the parties stipulate that the entire civil action be stayed for 60 days. See *Keating v. Office of Thrift Supervision*, 45 F.3d 322, 324-25 (9th Cir. 1995); see also *Federal Sav. & Loan Ins. Corp. v. Molinaro,* 889 F.2d 899, 902 (9th Cir.1989).  Specifically, the parties request that the court stay the entire civil action for a 60-day period based on information provided by Santa Clara County District Attorney's Office in the criminal matter.

The parties hereby seek a stay of the proceedings for 60 days as Plaintiff's state court criminal case is expected to resolve following the time not waived jury trial re-set for June 6, 2016.  It is anticipated that some form of resolution will occur no later than by July 1, 2016.

Respectfully submitted,

Dated:  May 12, 2016                    RICHARD DOYLE, City Attorney

By: /s/ Shannon Smyth-Mendoza
       SHANNON SMYTH-MENDOZA
       Sr. Deputy City Attorney

Attorneys for Defendants

Dated:  May 12, 2016                    THE SEHAT LAW FIRM, PLC

By:  /s/ Cameron Sehat
       CAMERON SEHAT
Attorney for Plaintiff

I attest that Plaintiffs' counsel has read and approved this document, and given consent to the filing of the same with the Court.

                                              Respectfully submitted,

Dated: May 12, 2016                  RICHARD DOYLE, City Attorney

                                              By: /s/ Shannon Smyth-Mendoza
                                                     SHANNON SMYTH-MENDOZA
                                                     Sr. Deputy City Attorney

                                            Attorneys for Defendants

### **ORDER**

Good cause appearing the Court orders the entire civil action is stayed for a 60-day period based on information provided by Santa Clara County District Attorney's Office in the criminal matter. The parties are ordered to return to Court on August 24, 2016 at 10:00 a.m. Updated case management statement due August 17, 2016.

Dated: May 12, 2016                  _____
                                            HON. NATHANAEL M. COUSINS
                                            UNITED STATES DISTRICT COURT



STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING OUTCOME OF CRIMINAL MATTER      Case Number: 15-cv-04054-NC

1315385