UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE DARNELL WATSON,<br>　　　　Plaintiff,<br>　　v.<br>CITY OF SAN JOSE (SAN JOSE POLICE DEPARTMENT), et al.,<br>　　　　Defendants. | Case No. 15-cv-04054-NC<br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 121 |

This order to show cause is directed at the plaintiff, Mr. Lee Darnell Watson; plaintiff's counsel before and during trial, Mr. Cameron Sehat; and plaintiff's recently acquired counsel, Ms. Julie Cliff. The Court needs to know who represents Mr. Watson. Civil Local Rule 11-5(a) dictates that "[c]ounsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case." This includes when, as here, one firm replaces another as counsel. *See* Civ. L.R. 5-1(c)(2)(E). Mr. Sehat has not requested, and the Court has not granted, his withdrawal from the case, so no formal change of counsel has occurred, regardless of the agreement Mr. Watson and Mr. Sehat reached by retainer.

By December 5, 2017, one day before the Court hears Mr. Watson's ex parte application to extend time for appeal, Mr. Sehat and Ms. Cliff must file a joint statement clarifying who represents Mr. Watson. If Mr. Sehat wishes to withdraw, he must give

notice and file a motion to that end.  Civ. L.R. 11-5.

**IT IS SO ORDERED.**

Dated:  November 30, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge